

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Damyien Porter, Warfab Industries,
Inc., and Warfab, Inc.

No. 06-21-00055-CV

Original Mandamus Proceeding

Memorandum Opinion delivered by Justice
Burgess, Chief Justice Morriss and Justice
Stevens participating.

     As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief

sought.  Therefore, we deny the petition.

RENDERED JULY 15, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk